**Opinion issued March 14, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00290-CV**

———————————

**TIFFANI HALL, Appellant**

**V.**

**THE LODGE AT WEST OAKS, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1194841**

---

**MEMORANDUM OPINION**

Appellant Tiffani Hall, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). This Court previously granted Appellant three prior extensions to file her brief, but each time Appellant failed to file her brief seeking additional extensions instead. In our order granting Appellant's third request for an

extension, we informed Appellant we were granting one last extension for her to file her appellate brief by February 12, 2024, and that failure to file her brief could result in dismissal of her appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). Instead of filing her brief by the due date, Appellant filed a letter on February 26, 2023, requesting a fourth extension.

We deny Appellant's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.